# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>Ralph DiFalco<br><br>    Defendant. | Criminal Action No.16-84 (JMV)<br><br><br><u>**ORDER**</u> |

**<u>John Michael Vazquez, U.S.D.J.</u>**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 3rd day of November, 2017,

**ORDERED** that Leticia Olivera, AFPD from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until further order of the Court.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　John Michael Vazquez, U.S.D.J.