PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ralph DiFalco                         Cr.: 16-00084-001
                                                        PACTS #: 67195

Name of Sentencing Judicial Officer:   THE HONORABLE JOHN MICHAEL VAZQUEZ
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/10/2011
Date of Violation Sentence: 11/3/2017

Original Offense:   Count One: Attempt and Conspiracy to Commit Fraud., 18 U.S.C.§ 349
Violation Offense:  Count One: Association with Felons

Original Sentence: 80 months imprisonment, 36 months supervised release
Violation Sentence: 1 year supervised release with 3 months Location Monitoring

Special Conditions: Substance Abuse Testing/Treatment, Mental Health Treatment, Financial Disclosure,

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/03/2017

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    Failed to satisfy restitution


U.S. Probation Officer Action:

Throughout his term of supervised release, DiFalco has paid total of $1,139.17. The offender's supervision is due to expire on November 2, 2018, with an outstanding restitution balance of $1,207,663.83. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the offender's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

                                                Respectfully submitted,

                                                *Elisa Martinez/jj*
                                                By: Elisa Martinez
                                                    Senior U.S. Probation Officer
                                                Date: 10/17/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

- ☐ No Formal Court Action to be Taken at This Time
- ☐ Submit a Request for Modifying the Conditions or Term of Supervision
- ☐ Submit a Request for Warrant or Summons
- ☒ Other (as recommended by Probation)- Allow supervised term to expire as scheduled

_____
Signature of Judicial Officer

10/18/18
_____
Date